**File Hashes for IP Address 74.102.71.163**

**ISP:** Verizon FiOS
**Physical Location:** Middletown, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/04/2014 00:50:07 | 4F6D7C009DDC1DBE97EF793B9E87C7FAECE92C53 | Tie Her Up For Me |
| 09/04/2014 00:49:28 | AE0A6BB64F202B84FF197083E06F3A7E72951983 | A Dream Of You |
| 09/04/2014 00:28:43 | 5FC4E9DEEC4674C3330589667370CCC9E89498B0 | Shes A Spinner |
| 06/24/2014 17:17:34 | 8D357CC8A76374C2534F5B6C92DFA6373DD18A48 | Coming Late |
| 06/24/2014 17:03:21 | BE8C24E5306BD4C706C60ADD1130FD78B9970E83 | Tantric Massage |
| 05/15/2014 23:00:50 | 65E7A48144F70A63BAD3F1BE1DB3AB2AB525C621 | Catching Up |
| 05/15/2014 22:54:19 | D0C370A2CE5A1D80F4D913E2214E997EB801D658 | All Oiled Up |
| 05/15/2014 22:49:20 | 22125D8DEDBEA36229A7E9874F9A76F396FEBC81 | Come To Me Now |
| 05/15/2014 22:49:13 | E01496CDFA815718EBAD95189006C4BFD18C3346 | Rope Priority |
| 05/15/2014 22:43:51 | CB58BA4C0DDD8C4D0AC4499B6518214046A38E6D | Sex and Submission |
| 05/12/2014 23:20:29 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |
| 03/14/2014 20:03:32 | 6C3CA4F93DC64C8A1EAF8DB79ECCC1EAD1634177 | Making Music |
| 03/14/2014 20:00:18 | 0303CE5BD8BA90ED5874D077AB314471DB127F5A | Remembering Strawberry Wine |
| 03/14/2014 19:56:09 | 04A0A1ED0684867A1CF36283CBED7DA1A1B0F811 | Feeling Frisky |
| 03/14/2014 19:54:37 | 8C6F7B93472842C4DBD081201056822BEF60C625 | Sweet Dreamers |
| 02/27/2014 17:13:55 | 4C8FB3CEF10089626BB2960266674052E174EC2F | Photo Finish |
| 01/15/2014 02:54:28 | 9C15AAB6DE602840D5C7FC02459384270FEB32A6 | Playing Dress Up |
| 01/10/2014 22:11:28 | 418612CDA063819CF12372355DCD2C2573FD0337 | Truth or Dare |
| 11/22/2013 16:33:22 | 9F3BB8FFB46702FBF1716393050782F0AC056575 | Erotic Stretching and Sex |
| 11/19/2013 18:25:29 | 3C72C1965FC779FB34231AB4DD79D58BC19A3FC8 | A Perfect Match |
| 10/25/2013 02:47:28 | C82F20394FAAFC5199712AF95D0E988552F2EC4B | Bohemian Rhapsody |

**Total Statutory Claims Against Defendant: 21**

EXHIBIT A

CNJ183